UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                      )
THOMAS TROUPE,                        )   No. C12-1687RSL
                                      )
                 Plaintiff,           )
          v.                          )   ORDER GRANTING IN PART
                                      )   MOTION FOR ADDITIONAL
                                      )   TIME
MICHAEL J. ASTRUE, Commissioner of    )
Social Security,                      )
                                      )
                 Defendant.           )
_____)

This matter comes before the Court on Plaintiff's motion for additional time (Dkt. # 23). On March 4, 2013, United States Magistrate Judge James P. Donohue issued an order providing Plaintiff an additional thirty days to respond to the Commissioner's motion for summary judgment. Dkt. # 22. The Court instructed Plaintiff to file a motion seeking additional time if he would like to locate and obtain counsel for this matter. Plaintiff has complied with the Court's order and now seeks additional time to find an attorney. Based on the facts set forth in the motion and the remainder of the record, the Court GRANTS Plaintiff's motion for additional time (Dkt. # 23). Accordingly, the Court ORDERS Plaintiff to respond to the Commissioner's motion by no later than June 3, 2013.

ORDER GRANTING
MOTION FOR ADDITIONAL TIME

DATED this 8th day of April, 2013.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING
MOTION FOR ADDITIONAL TIME                    -2-