UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                   )
THOMAS TROUPE,                     )       No. C12-1687RSL
                                   )
            Plaintiff,             )
       v.                          )       ORDER OF REFERENCE
                                   )
                                   )
MICHAEL J. ASTRUE, Commissioner of )
Social Security,                   )
                                   )
            Defendant.             )
_____)

The Court hereby refers Defendant's Motion to Dismiss (Dkt. # 15) to United States Magistrate Judge James P. Donohue, pursuant to 28 U.S.C. §636(b)(1), Local Rule MJR 4, and Fed. R. Civ. P. 72(b), to issue an amended Report & Recommendation in light of Plaintiff's response/letter (Dkt. # 25).  Because Magistrate Judge Donohue will issue an amended Report and Recommendation, the Clerk of the Court shall re-refer the above cause of action to Magistrate Judge Donohue.

DATED this 7th day of June, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE