1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    THOMAS TROUPE,                                    Case No. C12-1687-RSL

9          Plaintiff,                                   ORDER ADOPTING SECOND
                                                        REPORT AND RECOMMENDATION
10         v.

11   CAROLYN W. COLVIN, Acting
12   Commissioner of Social Security,

13         Defendant.

14

15         The Court, having reviewed defendant's motion to dismiss, the Second Report and

16   Recommendation of the Honorable James P. Donohue, and the balance of the record, does

17   hereby find and ORDER:

18         (1)    The Court adopts the Second Report and Recommendation.

19         (2)    Defendant's motion, Dkt. 15, is DENIED.

20         (3)    The Clerk is directed to send copies of this Order to the parties and to the

21   Honorable James P. Donohue.

22         DATED this 7th day of August, 2013.

23

24                                                  _____
                                                    Robert S. Lasnik
25                                                  United States District Judge

26

ORDER
PAGE - 1